# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 166 MAL 2014
:
                  Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
EDWARD V. ZEN, :
:
                  Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.